# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ALBERT WILLIAMS,

    Petitioner,

v.                                    CASE NO.  4:04cv496-RH/WCS

JAMES McDONOUGH,

    Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 21), and plaintiff's objections thereto (document 24). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging convictions for manslaughter, felony fleeing and eluding an officer, possession of cocaine with intent to sell or deliver, and resisting an officer without violence, in the Circuit Court, Second Judicial Circuit, Leon County, Florida, case

number R99-992-AF, is DENIED with prejudice.  The clerk shall enter judgment

and close the file.

    SO ORDERED this 15th day of June, 2006.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge